IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02938-KLM

ANTHONY R. STRONG,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant,

SSA NOTICING,

      Interested Party.

---

**FINAL JUDGMENT**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on March 17, 2016, by the Honorable Kristen L. Mix, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

      ORDERED that the decision of the Commissioner that Plaintiff is not disabled is AFFIRMED.  It is

      FURTHER ORDERED that each party shall bear their own costs and attorney's fees.

      DATED at Denver, Colorado this 17th day of March, 2016.

                          FOR THE COURT:

                          Jeffrey P. Colwell Clerk

By s/ L. Galera
Deputy Clerk